UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sharon Rogers,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Harvard Collection Services, Inc.<br>c/o Illinois Corporation Service Co.<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703,<br><br>　　　Defendant. | Case No.<br><br><br><br>**COMPLAINT**<br><br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff is a resident of the State of Illinois.

4- Plaintiff is a õconsumerö as defined in the Fair Debt Collection Practices Act, 15 USC 1692 et seq. (õFDCPAö).

5- Plaintiff incurred a õDebtö as defined in the FDCPA.

6- Defendant is a corporation with its principal office in the State of Illinois.

7- Defendant acquired the Debt after it was in default.

8- Defendant regularly attempts to collects, or attempts to collect, debts that it acquired after the same were in default.

1

9- Defendant uses instruments of interstate commerce for its principal purpose of business, which is the collection of debts.

10- At all times relevant, Defendant was a "debt collector" as defined in the FDCPA.

## FACTS COMMON TO ALL COUNTS

11- Prior to April 21, 2017, Plaintiff defaulted on her obligation to pay the Debt.

12- On April 21, 2017, Plaintiff filed a voluntary bankruptcy petition (the "Petition").

13- The Petition included the Debt.

14- By filing a bankruptcy petition, Plaintiff gained the protection of the automatic stay for all debts incurred before July 24, 2017.

15- On August 1, 2017, Plaintiff received a bankruptcy discharge (the "Discharge").

16- The Discharge included the Debt.

17- Despite the Petition and the Discharge, on or around September 5, 2017, Defendant mailed a letter to Plaintiff to collect the Debt.

18- At the time of this communication, Defendant knew, or should have known, that Plaintiff had filed bankruptcy.

19- By trying to collect a debt that was discharged in bankruptcy, Defendant violated the FDCPA.

20- Defendant damaged Plaintiff.

## COUNT I

21- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

22- Defendant violated 15 USC § 1692e(2) by misrepresenting the character, amount, and/or legal status of the Debt.

## COUNT II

23- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

24- Defendant violated 15 USC § 1692e(10) by using false representations and/or deceptive means to collect, or attempt to collect, the Debt.

## COUNT III

25- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

26- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, the Debt.

## COUNT IV

27- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

28- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

## JURY DEMAND

29- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

30- Plaintiff pray for the following relief:

　a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

　b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d. Any other legal and/or equitable relief as the Court deems appropriate.

    RESPECTFULLY SUBMITTED,

    Meier LLC

    By: */s/ Richard J. Meier*
    Richard J. Meier
    401 N. Michigan Ave, Suite 1200
    Chicago, IL 60611
    Tel: 312-242-1841
    Fax: 312-242-1849
    richard@meierllc.com
    *Attorney for Plaintiff*